1
2
3
4
5
6
7

8                **UNITED STATES DISTRICT COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA**

10
11

12 FRANK WELLS               )   NO. CV 12-5797 CW
                               )

13             Petitioner,  )
                               )   JUDGMENT

14     v.                     )
                               )

15 RALPH DIAZ, (Warden),     )
                               )

16             Respondent.  )
17 _____)

18     **IT IS ADJUDGED** that the petition for writ of habeas corpus is

19 denied and the action dismissed with prejudice.

20

21 DATED: July 15, 2014

22

23 _____
           CARLA M. WOEHRLE

24         United States Magistrate Judge

25
26
27
28

                      1